**E-filed 9/8/06**

1  Melvyn D. Silver (SBN 48674)
   Ruth Silver Taube (SBN 169589)
2  **LAW OFFICES OF SILVER & TAUBE**
   300 South First Street, Suite 205
3  San Jose, California 95113
   Telephone: (408) 298-9755
4  Facsimile: (408) 298-9699

5  Attorneys for Plaintiff JANET ANDERSON

6

7  Karen S. Fortune, Esq.
   **LIFE INSURANCE COMPANY OF NORTH AMERICA**
   1601 Chestnut Street
8  Two Liberty Place
   Philadelphia, Pennsylvania 19192
9  Telephone: (215) 761-2739
   Facsimile: (215) 761-5512
10
   Attorneys for Defendants GOLDMAN SACHS GROUP, INC.
11 LONG TERM DISABILITY PLAN AND LIFE
   INSURANCE COMPANY OF NORTH AMERICA
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                            SAN JOSE DIVISION
16

17  JANET ANDERSON,                )    Case No. CV 06-02179JF
                                    )
18            Plaintiff,            )    **STIPULATION OF DISMISSAL WITH**
                                    )    **PREJUDICE, PURSUANT TO**
19  vs.                             )    **FED.R.CIV.P. 41(A), and [PROPOSED]**
                                    )    **ORDER**
20  GOLDMAN SACHS GROUP,            )
    INC. LONG TERM                  )
21  DISABILITY PLAN; LIFE           )
    INSURANCE COMPANY OF            )
22  NORTH AMERICA                   )
              Defendants.           )
23                                  )
    _____/   )
24

25

26

27

28

Plaintiff Janet Anderson and Defendants Goldman Sachs Group, Inc. Long Term Disability Plan and Life Insurance Company of North America have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

Dated: 7/25/06

LAW OFFICES OF SILVER & TAUBE

By: _____
Melvyn D. Silver, Attorney for Plaintiff Janet Anderson

Dated: 7/25/06

By: _____
Karen Fortune, Attorney for Defendants Goldman Sachs Group, Inc. Long Term Disability Plan and Life Insurance Company of North America

**IT IS SO ORDERED**

Dated: 9/8/06

By: _____
The Honorable Jeremy Fogel, United States District Court Judge

*Anderson vs. Goldman Sachs Group, Inc., et al.*
Stipulation of Dismissal with Prejudice, Pursuant to Fed.R.Civ.P. 41(a), and [Proposal] Order

Page 1